DEFENDANT:      FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
                a.k.a. "Pepe,"

AGE/YOB:        Unknown

COMPLAINT       _____ Yes     ___X____ No
FILED?
                If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    __ Yes     __ No

OFFENSE(S):     **Count 1:** Title 21, United States Code, Sections 841(a)(1),
                (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to
                distribute and possess with the intent to distribute various amounts
                of a mixture and substance containing a detectable amount of
                cocaine, a Schedule II Controlled Substance

                **Count 16:**  Title 21 U.S.C. § 843(b) and (d); Use of a
                Communication Facility in Connection with Drug Trafficking

                **Counts 18, 21, 31, and 50:**  21 U.S.C. §§ 841(a)(1) and
                841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the
                Intent to Distribute 5 kilograms or more of a mixture or substance
                containing a detectable amount of cocaine, a Schedule II Controlled
                Substance and Aiding and Abetting the Same

                **Counts 22 and 38:**  Title 18, United States Code, Sections
                1956(a)(2)(A) and (B)(i); Knowingly and intentionally attempting to
                transport or transfer funds from a place within the United States to
                or through a place outside the United States, with the intent to
                promote the carrying on of specified unlawful activity, specifically
                conspiracy to distribute and possess with the intent to distribute
                cocaine

LOCATION OF     Denver County; Denver, Colorado
OFFENSE:

PENALTY:        **Count 1**
                NLT 10 years,
                NMT life imprisonment
                At least 5 years Supervised Release
                $10,000,000 fine
                $100 Special Assessment

**Count 16**
NMT 4 years in prison
NMT 1-year of supervised release
NMT $250,000.00 fine
$100 Special Assessment

**Counts 18, 21, 31, and 50**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Counts 22 and 38**
NMT 20 years imprisonment
NLT 5 years Supervised Release
NMT $500,000.00 or twice the value of the property involved in the money laundering transactions
$100 Special Assessment

AGENT:            Michael Gutke
                 Special Agent, Drug Enforcement Administration

AUTHORIZED       Stephanie Podolak
BY:              Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less; __X_ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.