DEFENDANT:      HECTOR MORENO-CERRILLO

AGE/YOB:        1988

COMPLAINT       _____ Yes      ___X___ No
FILED?

                If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   __ No

OFFENSE(S):     **Count 1:** Title 21, United States Code, Sections 841(a)(1),
                (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to
                distribute and possess with the intent to distribute various amounts
                of a mixture and substance containing a detectable amount of
                cocaine, a Schedule II Controlled Substance

                **Count 25:**  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C.
                § 2; Distribution and Possession with the Intent to Distribute 500
                grams and more of a mixture and substance containing a detectable
                amount of cocaine, a Schedule II Controlled Substance and Aiding
                and Abetting the Same

LOCATION OF     Denver County; Denver, Colorado
OFFENSE:

PENALTY:        **Count 1**
                NLT 5 years,
                NMT 40 years imprisonment
                At least 4 years Supervised Release
                $5,000,000 fine
                $100 Special Assessment

                **Count 25**
                NLT 5 years
                NMT 40 years imprisonment
                At least 4 years Supervised Release
                $5,000,000 fine
                $100 Special Assessment

AGENT:          Michael Gutke
                Special Agent, Drug Enforcement Administration

AUTHORIZED      Stephanie Podolak
BY:             Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

____ five days or less; __X_ over five days

<u>THE GOVERNMENT</u>

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.